# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-002-027**

**Effective date of registration:**

October 2, 2009

---

## Title
**Title of Work:** Two in One Heart

## Completion/ Publication
**Year of Completion:** 2009

## Author
- **Author:** Chi Huynh
- **Pseudonym:** Artist Chi
- **Author Created:** jewelry design

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Chi Huynh
548 W Bonita Ave, San Dimas, CA, 91773

## Rights and Permissions
**Name:** Chi Huynh
**Email:** artistchi@yahoo.com    **Telephone:** 951-202-1227
**Address:** 548 W Bonita Ave
San Dimas, CA 91773

## Certification
**Name:** Chi Huynh
**Date:** October 1, 2009

