# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-010-959**

Effective date of registration:

January 8, 2010

---

### Title
**Title of Work:** Two of One Heart

### Completion/Publication
**Year of Completion:** 2010

### Author
- **Author:** Chi Huynh
- **Pseudonym:** Artist Chi
- **Author Created:** jewelry design
- **Citizen of:** United States
- **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Chi Huynh
548 W Bonita Ave, San Dimas, CA, 91773

### Rights and Permissions
- **Name:** Chi Huynh
- **Email:** artistchi@yahoo.com
- **Address:** 548 W Bonita Ave
  San Dimas, CA 91773
- **Telephone:** 951-202-1227

### Certification
- **Name:** Chi Huynh
- **Date:** January 8, 2010

Thought from Galatea:

Galatea has been in business for fifteen years now and we have not had one heart themed jewelry design. Why? Galatea's philosophy is that we don't make it if it's not original or I should say it must be true to our heart. This new heart we call "Two of One Heart" is more than just another heart. It's very simple but sophisticated in design. It is an optical illusion, very entertaining to our visual perception and profoundly meaningful at the same time. Ralph Waldo Emerson said, "One cannot say any more than what he is." This is very true. I could not understand clearly what the meaning of a heart was fifteen years ago and therefore I was not able to create this "Two of One Heart" design. I believe a good heart is not something you just sit down and try to come up with it but rather your heart will tell you when you are ready. This is like life itself, love is very simple, we all have the spirit of love but it's invisible to our senses and can be an illusion and difficult to grasp if we do not clearly understand our heart. This heart is a physical symbol that captures the invisible spirit of love. If you are there and ready then you will understand it.
I am very passionate about this "Two of One Heart".
I hope it will bring you happiness with the one you love.

Chi Galatea Huynh



5006
33mm



5006E





5006R



5007
20mm





5007E



5007R



5001
25mm

5001E












5005
25mm





5005E



5005R



This is not one heart or two hearts!

It's

"Two Of One Heart"™



# "Two of One Heart"

The richness in us is not our wealth or our intellect but our hearts.
A heart cannot live until it gives love.
A heart only lives when it receives love.
A heart can unlock the secret of life when it finds love.
When a heart beckons, receive it not with the hands,
body or mind but with an open heart and be careful not to
cage the wings of love selfishly.
We share, we love, we laugh, we cry together forever.
And we respect the space between us so we can be free
and together at once.



This heart represents the union of love,
the journey where you find a beginning but never an ending.
Love flows from heart to heart because
they are not one heart or two hearts,
they are completed by the other and would be
meaningless all alone.
This is a very special heart to celebrate that exclusive love that
only you share together. It's called
"Two of One Heart"; the symbol of understanding love.